# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA<br>v.<br><br>JESUS ANDRES TRUJILLO | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>9- **09-0361M** |
|---|---|

Complaint for violation of Title 18, United States Code, Section 2422(b)

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

| NAME OF MAGISTRATE JUDGE<br><br>HONORABLE RALPH ZAREFSKY | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE<br><br>February 24, 2009 | PLACE OF OFFENSE<br><br>Los Angeles, County | ADDRESS OF ACCUSED (IF KNOWN)<br>4076 W. 139th Street, Apartment A<br>Hawthorne, CA 90250 |
|---|---|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Beginning on or about January 13, 2009, and continuing until on or about February 24, 2009, in Los Angeles County, within the Central District of California, and elsewhere, defendant JESUS ANDRES TRUJILLO knowingly used a facility of interstate commerce, namely, the Internet, to knowingly attempt to persuade, induce and entice an individual who had not attained the age of 18 years to engage in a sexual activity for which a person could be charged with a criminal offense, namely, Lewd or Lascivious Acts upon a Child Under the Age of Fourteen, in violation of California Penal Code Section 288(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>MARC J. BOTELLO |
|---|---|
| | OFFICIAL TITLE<br>SPECIAL AGENT -- FBI |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br><br>February 25, 2009 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

JJL:jjl          REC: Bond

## AFFIDAVIT

I, Marc J. Botello, being duly sworn, do hereby depose and state:

## I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), and I have been so employed for approximately 21 years.  During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity.  During the investigation of these cases, I have executed and participated in the execution of search and arrest warrants and seized evidence of violations of United States law.  I have completed more than 48 hours of instruction on how computers and the Internet are used by individuals to sexually exploit children.  I currently investigate, among other things, the sexual exploitation of children and child pornography in the Central District of California as part of the Southern California Regional Sexual Assault Felony Enforcement ("SAFE") Team.  The SAFE Team is responsible for enforcing federal criminal statutes involving the sexual exploitation of children under Title 18, United States Code, Section 2251, et seq.

2.   This affidavit is made in support of a criminal complaint charging JESUS ANDRES TRUJILLO with violating Title 18, United States Code, Section 2422(b) (Attempted Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal

1

Sexual Activity for Which a Person Could be Charged with a Criminal Offense).[1]

3.    This affidavit is intended to establish that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all my knowledge of, or investigation into, this matter.

## II.   OVERVIEW OF INVESTIGATION

4.    As set forth in detail below, on January 13, 2009, JESUS TRUJILLO, a 27-year old male, contacted "Lauren," whom he believed to be a 13-year old girl, in a Yahoo! chatroom.    (In reality, I was acting in an undercover capacity and posing as Lauren.)   In this conversation TRUJILLO acknowledged that he was too old for Lauren, but discussed his interest in engaging in sexual activity, including sexual intercourse, with Lauren. TRUJILLO also suggested that they meet in person.

5.    During the next few weeks, TRUJILLO communicated with Lauren on the computer approximately five more times.   During at

---

[1]    Among the charges that could be brought against TRUJILLO for this conduct, is Lewd or Lascivious Acts upon a Child Under the Age of Fourteen, in violation of Section 288(a) of the California Penal Code.   The relevant portion of this statute provides as follows:

Any person who willfully and lewdly commits any lewd or lascivious act . . . upon or with the body, or any part or member thereof, of a child who is under the age of 14 years, with the intent of arousing, appealing to, or gratifying the lust, passions, or sexual desires of that person or the child, is guilty of a felony . . . .

2

several of these conversations, TRUJILLO discussed sexual matters and expressed his interest in engaging in sexual intercourse with Lauren.

6.   As detailed below, on February 24, 2009, after agreeing to meet Lauren in person, TRUJILLO showed up at the agreed upon meeting location.   At that time, the FBI arrested TRUJILLO. Following his arrest, TRUJILLO agreed to speak with the agents and admitted that he knew Lauren's age, that he intended to meet her, but claimed that he was"role playing."

## III.   DEFINITIONS AND BACKGROUND INFORMATION

7.   In this affidavit, the term "minor" and "sexually explicit conduct,"  as used herein, are defined as set forth in Title 18, United States Code, Section 2256.

8.   Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I have knowledge of the Internet and how it operates.   For example, I know that the Internet is a worldwide computer network that allows communications, information and data to be transmitted from one computer to another across state, national and international boundaries.   Among the ways that individuals who utilize the Internet can communicate with one another is through the use of electronic mail messages ("e-mail") and Instant Messenger messages ("IM").

3

9.   <u>Computer</u>.   The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device but does not include an automated typewriter or typesetter, a portable hand held calculator, or some other similar device."

10.   <u>E-mail</u>.   E-mail is an electronic form of communication from one person to one or more persons via the Internet which usually contains typed-written correspondence and may contain audio and visual images.   The physical world equivalent to e-mail is writing a letter on paper to somebody and sending it to them via the U.S. Postal Service.   An e-mail usually contains a message "header" which generally displays the sender's e-mail address, the recipient's e-mail address, and the date and time of the e-mail transmission.   If a sender chooses to do so, he or she can type a subject line into the header.

11.   <u>Chat Room</u>.   A chat room is a public area of the Internet that users can visit in order to type messages to one another.   When an Internet user joins a chat room, he or she can view the text that is typed by any of the other participants to the chat.   The physical world equivalent to a chat room would be

4

for a person to stand in a room full of people and shout a
message so loudly that everyone in the room can hear it.  Chat
rooms usually are named based on a topic of interest and users
can choose rooms to enter by searching for chat room names that
reflect their particular areas of interest.

      12.  <u>Instant Messages</u>.  IMs allow an Internet user to send
and receive messages in real time to one specific user (instead
of a group of users).  IMs are similar to e-mail except that IMs
are sent virtually instantaneously, and both parties to the
message are normally logged into the Internet for the purpose of
engaging in a real-time communication.  In order to communicate
via IMs, users must be logged onto the Internet using a unique
"screen name," which must be different from those already in use
during the ongoing chat session.

      13.  IM conversations also can be called "chat sessions"
even though it is a conversation between only two people.
Individual users can also transmit photographs or graphic files
in real time during an IM chat session.

      14.  A user can (although it is not required) be in a chat
room and also at the same time send an IM to any other on-line
user, including one that is in the same chat room.  The physical
world equivalent of this would be if a person is in a room full
of people and then leans over to whisper a message in the ear of
another individual in the room.  If the message is sent via IM,

only the sender and receiver can view the message.

15. Based on my training and experience, and that of other agents and officers with extensive experience in investigating child exploitation crimes, with whom I have consulted, I know that it is a common practice for those who attempt to entice a minor to engage in sexual activity via the Internet to utilize e-mail, IMs, and chat room services in committing this crime.

16. Based on my training and experience, and that of other agents and officers with extensive experience in investigating child exploitation crimes, with whom I have consulted, I also know that people commonly use abbreviations during IM chatting. Some examples of these would be: "idk" for the phrase "I don't know"; "brb" for "Be right back"; "k" for "Okay"; and "lol" for "Laughing out loud." I also know that it is common for people in IM chats to type in incomplete sentences, to misspell words frequently, and to not use capital letters. Throughout the IM chat sessions described below, I used some of these abbreviations.

17. <u>Yahoo! Incorporated</u>. Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I know the following about Yahoo! Incorporated ("Yahoo!"):

a. Yahoo! is a commercial computer service company located in Sunnyvale, California, that provides services to

Internet users that include e-mail, groups, Internet search capability, games, personal ads, chat, instant messaging, and other services. Many of the services offered by Yahoo! are free to the user.

b.    Users of certain Yahoo! services are required to register with Yahoo! to obtain a Yahoo! ID. For example, using the "Yahoo! Games" service or using the web features of the "Yahoo! Messenger" services requires a user to sign in using a Yahoo! ID to access those services. Not all Yahoo! services, however, require a Yahoo! ID. For example, using Yahoo!'s Internet search engine does not require a Yahoo! ID.

c.    A Yahoo! ID is a unique identifier of a user's account. The registration process requires that the user select an ID (sometimes referred to as a screen name, Login Name, or profile), a select password, and voluntarily supply some personal information. This process is completed on-line by the user. Yahoo! does not verify the information provided by the user, such as their name and address. In addition, Yahoo! does not require that a user supply a credit card account or other verifiable personal information. As a result, the name and address provided by the user in their Yahoo! ID may be fictitious.

d.    Up to six "Profiles" can be associated with a single Yahoo! ID. A profile is a user's own web page where they can post information about themselves. These profiles are also

7

known as aliases and allow the user to appear as someone other than their Yahoo! ID when using certain Yahoo! services.  Yahoo! profile information is supplied by the user and is not verified by Yahoo!.

      e.   Other users of the Yahoo! service may be able to view profile information.  A user has the option to list or unlist their profile information, similar to telephone listings.

    18.  <u>Grooming</u>.  Based on my training and experience, and that of other agents and officers experienced in child exploitation cases, with whom I have consulted, I know that grooming is a process used to break down the inhibitions of minors, so that they are more willing to engage in sexual conduct.  I know that techniques used in grooming include flattery, the introduction of pornography, the suggestion that a minor engage in a seemingly harmless activity, such as kissing, and discussions of a graphic sexual nature.  I also know that the repeated use of one or more of these techniques, increases the likelihood that the minor will engage in sexual activity.

## IV.  PROBABLE CAUSE

### A.  <u>TRUJILLO Contacts Lauren on January 13, 2009</u>

    19.  On January 13, 2009, at approximately 3:00 p.m., I logged onto Yahoo! Messenger service, in an undercover capacity, using the Yahoo! screen name "lorrengrl716" (hereinafter referred to as "Lauren").

20.   I joined a chat room created by Yahoo! Inc. entitled "California" using Lauren's screen name.  At approximately 4:25 p.m., an individual using the Yahoo! screen name "andrewjapl," later identified as JESUS TRUJILLO, initiated a private IM chat session with Lauren.  During this first conversation, TRUJILLO acknowledged that because Lauren was only 13-years-old, it was too bad that he was too old for her. Despite the difference in age, TRUJILLO continued to chat with Lauren, and discussed the following:

a.   TRUJILLO described himself as a 23-year old male from Redondo Beach, California.  TRUJILLO stated, "andrew from LA," "i stay in redondo beach california," and "23."  He then asked Lauren where she was from and how old she was, stating "how old are you," and "were in cali due u live."  After Lauren responded, "gonna be 14..you?," and "santa monica," TRUJILLO stated, "ooh damm," and "thats close."

b.   TRUJILLO asked Lauren if she had a picture of herself: "can i see a pic."  After Lauren related she had a picture to share, she sent TRUJILLO a photograph which she claimed was a photograph of herself but in actuality is a photograph of a female officer from the California Highway Patrol, taken at approximately age 13, who has consented to the use of this photograph in child exploitation cases.  The photograph depicts a young female with long brown hair wearing a

9

flowered dress.  After receiving the picture, TRUJILLO stated "u are very cute."

    c.  TRUJILLO sent Lauren a picture of himself, which depicted a white male, approximately 24 to 28 years of age, wearing jeans, a white-collared shirt, and a black jacket.

    d.  TRUJILLO sent Lauren a picture of a white-colored automobile.  Lauren asked TRUJILLO, "so what kinda car is that white one."  TRUJILLO responded, "its a toyota supra."  After TRUJILLO informed Lauren that he could show her how to drive it someday, Lauren stated, "but i gotta wait like 3 years before i can get my license."

    e.  TRUJILLO told Lauren that if she ever wanted to talk to him she could call him, stating "hey if u ever want to talk on the phone hit me up" and "my cell is 310 402 3543."

21.  During the conversation, TRUJILLO also discussed matters of a sexual nature.

    a.  TRUJILLO also told Lauren that he could not show her his house because he may try to kiss her, stating "but I cant show u my house" and "hahaha what if i try to kiss u thats why." When Lauren asked what he meant by this statement, TRUJILLO explained that if he was alone with her he would want to kiss her and knew that was bad, stating "bec if its just u and me i would want to kiss you and i know thats bad."

b.   TRUJILLO told Lauren the two of them should go out sometime and stated, "i am sure u havent had sex right."  After Lauren questioned TRUJILLO if he meant like kissing, TRUJILLO laughed and advised kissing is not sex, stating "jajaja jajaaja kissing is not sex i guess u are a virgin babe."  Lauren stated, "yah do you think thats bad or something."  TRUJILLO responded, "dont worry i wont make you have sex i am not like that i would wait intill u are ready bec u are my gf."

c.   TRUJILLO informed Lauren that he wanted to do everything with her to include kissing and having sex with her when she was ready:

andrewjap1:      i want to due everything with

                 you babe

lorrengrl716:    everything like kissing?

andrewjap1:      ofcourse

lorrengrl716:    ok

andrewjap1:      welll everything u want

lorrengrl716:    what do u wanna do

lorrengrl716:    kissing?

andrewjap1:      kissing i love

andrewjap1:      the sex

andrewjap1:      is when u are ready

andrewjap1:      and if u feel i am the one

lorrengrl716:    you mean like full sex?

11

| | |
|---|---|
| lorrengrl716: | like all the way? |
| andrewjapl: | i just want to kiss for now |
| lorrengrl716: | oh..ok |
| andrewjapl: | sex all the way |
| andrewjapl: | is when u area ready |
| lorrengrl716: | what if i think im ready now....im not saying i am or im not..im just wondering about you |
| andrewjapl: | well |
| andrewjapl: | i would be the luckiest guy in the univers |
| andrewjapl: | but if u were ready |
| andrewjapl: | like i said it would have to be super perfect and romantic |
| andrewjapl: | with the flowers |
| andrewjapl: | strawberries |
| andrewjapl: | candels |
| andrewjapl: | a nice massage |
| andrewjapl: | all the way |
| lorrengrl716: | that would be like sooooo perfect |
| andrewjapl: | but u let me know when u are ready |

12

```
lorrengrl716:    but i wudnt wanna get like
                 pregnt or nothing ok
andrewjapl:      noooo
andrewjapl:      ofcourse not
andrewjapl:      i dont want to have babies
andrewjapl:      intill i am married
andrewjapl:      baby u take ur time
andrewjapl:      i dont mind waiting
andrewjapl:      a long time
lorrengrl716:    but if we go all the
                 way...then ill get pregnt...
andrewjapl:      no
andrewjapl:      jajaj
andrewjapl:      i would use a condom babe
lorrengrl716:    oh..then i wudnt get pregnnt
                 rite
andrewjapl:      rite
lorrengrl716:    ok...i c
```

B.   <u>TRUJILLO'S January 19, 2009, Conversation with Lauren</u>

22.   On January 19, 2009, at approximately 10:00 p.m.,
TRUJILLO sent Lauren an instant message and initiated an on-line
conversation with her.  During this conversation, TRUJILLO asked
to meet Lauren on the following day:

```
andrewjapl:      can i see u tmrw?
```

13

```
lorrengrl716:   where

lorrengrl716:   u there..cuz i gotta go soon

lorrengrl716:   its gettn late :):)

andrewjapl:     yea babe

lorrengrl716:   i need my beauty sleep  :)

andrewjapl:     u are beautifull

andrewjapl:     no matter what babe

lorrengrl716:   lol..i was j/k

lorrengrl716:   no matter what ?

lorrengrl716:   i mean why did u say that

andrewjapl:     u area amazingly beautifull

lorrengrl716:   oh..thanks..ur soooooooooooo
                sweet !!!
```

After TRUJILLO finished flattering Lauren, the two agreed to chat on the next day.

C.   <u>TRUJILLO'S January 21, 2009, Conversation with Lauren</u>

23.   On January 21, 2009, at approximately 12:30 p.m., TRUJILLO sent Lauren an instant message and initiated an on-line conversation with her. During this conversation, TRUJILLO asked Lauren if she wanted to meet that day, stating "due u want to meet today before ur mom gets home?" Lauren said that she could not meet him, but asked what TRUJILLO wanted to do. TRUJILLO replied that he wanted to "just chill get some jamba or starbucks just wanted to see u" and "of course kiss u babe."

14

D.   <u>TRUJILLO'S February 17, 2009, Conversation with Lauren</u>

24.   On February 17, 2009, at approximately 5:00 p.m.,
TRUJILLO sent Lauren an instant message and initiated an on-line
conversation with her.   That conversation included the following:

a.   TRUJILLO asked Lauren when he would be able to see
her, stating "when can i see u then babe."  After Lauren asked
TRUJILLO where they were going to meet, TRUJILLO stated, "baby at
ur house or at a store were ever u want ?"

b.   TRUJILLO sent Lauren a photograph of a
white-colored Toyota vehicle.   After sending Lauren the picture
of the vehicle, TRUJILLO related that would be the car he would
be driving so she would recognize him, stating "thats my car
bbaby so when u see me u know my car."

c.   Throughout their conversation, TRUJILLO discussed
kissing Lauren when they met:

andrewjapl:   maybe we can go to the park
              near by
andrewjapl:   and kiss
andrewjapl:   or what would u want to due
              princess
andrewjapl:   :)
lorrengrl716:  so we would just kiss...its up
               2 you...im kinda open to w/e
               you wanna do :)

15

andrewjap1:      i just want to see my princess

andrewjap1:      and for sure i want to kiss
                 you

andrewjap1:      so how can we due this baby

lorrengrl716:    not sure...cuz im not sure
                 what time my mom is coming
                 home

lorrengrl716:    if i leave and she comes
                 home...she mite get pissed

andrewjap1:      u said normally gets home at
                 6pm

andrewjap1:      u tell her u were getting
                 jamba thats all

lorrengrl716:    what if she comes there

lorrengrl716:    and sees us

andrewjap1:      we could tell her that i am ur
                 friends brother and we just
                 saw each other by accident

lorrengrl716:    what if she sees us kissing ?

andrewjap1:      well if uwant we can kiss in
                 my car

andrewjap1:      so they wont see us

lorrengrl716:    i would get in major trouble

andrewjap1:      tahts why we can kiss in my

16

```
                        car baby

              *         *     *

andrewjapl:     i want to take u to the movies

                and put my arms around u and

                kiss those sexy lips

lorrengrl716:   LOL..cool :)

lorrengrl716:   that would be fun

lorrengrl716:   are u a good kisser you think

andrewjapl:     i am a great kisser

andrewjapl:     and i give great massage
```

d.   Lauren asked TRUJILLO what they were going to do
after they met and whether they would remain online friends.
TRUJILLO informed Lauren that he would love to have a girlfriend
like her, stating "id love to have a gf like you."  Lauren asked
TRUJILLO whether he thought people might look at them strangely
because of their age difference, stating "..but u think people
would kinda look at us weerd or something" and "cuz ur 22 and im
13...but its cool."  After Lauren stated she did not think age
should really matter, TRUJILLO stated, "i think the same."

25.   During the above conversation, TRUJILLO also talked
about having sex with 13-year old Lauren, and even directed her
to a pornography website:

```
andrewjapl:     well if we did it

andrewjapl:     i would be gentle
```

17

```
lorrengrl716:   did what..like kissing or what

andrewjap1:     and want it to be perfect

andrewjap1:     if we are together for a long

                time and we have sex i would

                want it to be perfect

lorrengrl716:   oh..ok...:)

lorrengrl716:   yah..me tooo !!!

andrewjap1:     and i would touch ur boob if

                we are kissing for a long time

lorrengrl716:   lol...

andrewjap1:     but thats not second base for

                me

andrewjap1:     lol

lorrengrl716:   whats second base

lorrengrl716:   u seem kinda busy...you wanna

                chat later?

andrewjap1:     no baby

lorrengrl716:   k :)

andrewjap1:     first base

andrewjap1:     is

andrewjap1:     kissing and touching boobs

lorrengrl716:   oh..ok

andrewjap1:     second is

andrewjap1:     touching under ur pants
```

18

lorrengrl716:   like my butt ?

andrewjapl:     like butt and the other part
                also

lorrengrl716:   other part?...u
                mean.........?...LOL

andrewjapl:     pussy

andrewjapl:     sorry

lorrengrl716:   OMG !!...LOLOL :):):)

lorrengrl716:   so second base is just
                touching....rite?

andrewjapl:     yea

andrewjapl:     home run is haveing sex

lorrengrl716:   oh..ok :)

andrewjapl:     u want to know 3rd ?

lorrengrl716:   whats third base?...

andrewjapl:     its dirty babe u sure ?

lorrengrl716:   yah..i prob already heard
                about it before anyway

andrewjapl:     a girl goin down on a guy

andrewjapl:     or guy goin down on a girl

andrewjapl:     oral sex

lorrengrl716:   like kissing his
                privates..rite?

andrewjapl:     yea

| | |
|---|---|
| lorrengrl716: | yah..i heard about that before...LOL |
| andrewjapl: | ooh ok |
| andrewjapl: | if a guy ever does that u will like it alot |
| lorrengrl716: | it seems like it would tickle like alot...:D |
| andrewjapl: | no babe |
| andrewjapl: | ok have u ever seen a porn flick |
| lorrengrl716: | no...u mean like an x rated movie?...no |
| lorrengrl716: | just like r rated |
| andrewjapl: | due u want to see one so u can see what it is like 3rd base |
| lorrengrl716: | i cant rent none of those...LOL |
| andrewjapl: | their is a website that its free and u dont have to download |
| lorrengrl716: | really...not sure i can do it cuz i think im blocked |
| andrewjapl: | www.pornorama.com |
| lorrengrl716: | do i click on it |

```
andrewjapl:      yea babe

lorrengrl716:    it sez access denied :(

andrewjapl:      aaww baby

andrewjapl:      sorry

lorrengrl716:    its ok...

lorrengrl716:    i kinda know what ur talking
                 about

andrewjapl:      if we start dateing

andrewjapl:      we can try it if u want
```

E.   **TRUJILLO'S February 20, 2009, Conversation with Lauren**

26.   On February 20, 2009, at approximately 5:30 p.m.,
TRUJILLO sent Lauren an instant message, and initiated an on-line
conversation with her.  This conversation included the following:

a.   TRUJILLO and Lauren discussed the day they planned
to meet and what they would do together.  TRUJILLO informed
Lauren that he would want to kiss her, tell her he loves her, and
engage in sex:

```
lorrengrl716:    so when we meet and after we
                 kiss..what we gonna do

lorrengrl716:    do you have any plans

andrewjapl:      well what ever my princess
                 wants to due

lorrengrl716:    ok

andrewjapl:      i mean anything  u say and we
```

21

|  | due it |
|---|---|
| andrewjapl: | can u think of anything u want to due with me |
| lorrengrl716: | idk...i just wanna do what u want...just to like have fun togehter n stuff |
| andrewjapl: | movies |
| andrewjapl: | beach |
| andrewjapl: | hang out |
| lorrengrl716: | k..thats cool |
| andrewjapl: | kiss alot |
| andrewjapl: | tell u in ur face  that i love you |
| lorrengrl716: | okk :) |
| lorrengrl716: | :) |
| andrewjapl: | go to second base |
| andrewjapl: | hahahah |
| lorrengrl716: | really wanna?...lol |
| andrewjapl: | babe i want to due everything with you |
| lorrengrl716: | everything like we talked about |
| andrewjapl: | yea |
| lorrengrl716: | like 1st 2nd 3rd and homerun? |

```
andrewjapl:      ofcourse

andrewjapl:      if u want yes

lorrengrl716:    a homerun you sed was like
                 going all the way..rite?

andrewjapl:      yes

lorrengrl716:    ok..but i cant get pregnt..ok?

lorrengrl716:    pleeeeeze

andrewjapl:      no babe

lorrengrl716:    ok

lorrengrl716:    u there?

andrewjapl:      we have to use protection
```

b.   Later during the conversation, TRUJILLO asked Lauren if she wanted to have sex, and offered several locations where they could go:

```
andrewjapl:      due u want to due it />

andrewjapl:      >?

andrewjapl:      yea babe

andrewjapl:      due u want to have sex?

lorrengrl716:    i think i would be ok with
                 it..just like nurvus

lorrengrl716:    but im not sure where we could
                 go...cuz we cant at my house

andrewjapl:      my house

andrewjapl:      or hotel
```

```
andrewjapl:      any place u want

lorrengrl716:    yah..those are ok...i wudnt

                 know any other place

andrewjapl:      beach

andrewjapl:      park

andrewjapl:      car

andrewjapl:      hahaha
```

c.   TRUJILLO suggested to Lauren that she masturbate
so that when she had sex she could enjoy it more:

```
andrewjapl:      i said due u ever touch urself

lorrengrl716:    u meen like down there or on

                 top

andrewjapl:      down their

lorrengrl716:    i think lots of girls do that

andrewjapl:      due u ?

lorrengrl716:    um...its kinda embarrasing....

andrewjapl:      well i just want to know

andrewjapl:      bec. if u due

andrewjapl:      thats good so when we have sex

andrewjapl:      it doesnt hurt that much

lorrengrl716:    well..i have tryd before..yah

andrewjapl:      did u like it

lorrengrl716:    it was ok..:)

lorrengrl716:    not like i do it
```

|                |                                      |
|----------------|--------------------------------------|
|                | everyday...lol                       |
| lorrengrl716:  | im sure boys do it more than         |
|                | girls...rite                         |
| andrewjapl:    | well when ever u feel hot            |
| andrewjapl:    | yes                                  |
| andrewjapl:    | ur right                             |
| andrewjapl:    | but u should do it                   |
| andrewjapl:    | so when u due have sex u can         |
|                | enjoy it more                        |
| andrewjapl:    | but u have to stick ur fingers       |
|                | inside not just rubb                 |

d.   When Lauren asked TRUJILLO if they could go slow when they had sex, and expressed concern about getting pregnant, TRUJILLO assured Lauren that he would be gentle and they could take precautions:

|                |                                      |
|----------------|--------------------------------------|
| lorrengrl716:  | but we can go like slow              |
|                | ..rite?                              |
| andrewjapl:    | yesss                                |
| andrewjapl:    | slow and with condom                 |
| andrewjapl:    | o r u want with out ?                |
| lorrengrl716:  | um..what u think                     |
| lorrengrl716:  | i would maybe be ok just dont        |
|                | wanna get pregnt...                  |
| andrewjapl:    | ok baby                              |

25

```
andrewjapl:      we can use the pills so u wont
                 get pregnant
lorrengrl716:    what pillss
andrewjapl:      that way each time we have sex
                 we dont worry
andrewjapl:      birth control pills
lorrengrl716:    oh..how would i get those
andrewjapl:      at the doctors
andrewjapl:      i think i can get them for you
lorrengrl716:    really?
lorrengrl716:    that would be cool...cuz i
                 dont think i could get them
andrewjapl:      ok
andrewjapl:      baby so u want to have sex
                 with me
lorrengrl716:    if u want to..ok
lorrengrl716:    im ok with it
lorrengrl716:    just kinda nurvus thats why i
                 asked if we could go like slow
andrewjapl:      yesss baby
andrewjapl:      we go very slow
andrewjapl:      and take our time
lorrengrl716:    ok :)
lorrengrl716:    thanks
```

26

| andrewjapl: | but i want to make sure u want |
|---|---|
| | 2 |
| lorrengrl716: | ur soooooo sweet :) |
| lorrengrl716: | yah..im ok with it |
| andrewjapl: | well u are my queen |
| andrewjapl: | i only want to be with you |

e.   TRUJILLO and Lauren then discussed what day they were going to meet and Lauren advised she would probably be able to meet Monday or Tuesday of the following week.  TRUJILLO said that "i am off tuesday."  TRUJILLO asked Lauren if she would want him to pick her up in front of her house, stating "would u want me to pick up in front of ur house?"  Lauren responded it would be better to meet at the video store or near the corner where she lived, stating "we could meet at the blockbuster or by the corner."  Lauren told TRUJILLO that she lived near the corner of Bundy and Iowa streets in Santa Monica and that there is a convenience store and a video store on the corner, stating "thers like a 7-11 on the corner and a blockbuster video store."

f.   Prior to the conclusion of their conversation, TRUJILLO agreed to chat with Lauren on Monday, February 23, 2009, stating "so ill talk to you monday...bye luv ya."

**F.   TRUJILLO'S February 24, 2009, Conversation with Lauren**

27.   On February 24, 2009, at approximately 4:28 p.m., TRUJILLO sent Lauren an instant message and initiated an on-line

conversation with her.  During the conversation, TRUJILLO and Lauren discussed meeting later that same day.  TRUJILLO asked Lauren where she lived, stating "whats ur home address."  After Lauren expressed some hesitation about TRUJILLO coming to her home, she asked TRUJILLO if they could meet at the video store, stating "can i just meet you like by the blockbuster?"  TRUJILLO responded, "ok."

28.  During the conversation, TRUJILLO informed Lauren that he was able to use his father's vehicle and would be coming to meet her, stating "baby i got my dads...i am goin to see u."  Lauren asked TRUJILLO when he was going to be at the meet location, stating "ok what time u gonna be there."  TRUJILLO responded, "30min."

29.  Also during the conversation, TRUJILLO asked Lauren what she was wearing and her bra size.  Prior to concluding the conversation, TRUJILLO again expressed his desire to kiss Lauren: "I want a kiss baby pls."

G.  **TRUJILLO Attempted to Meet Lauren and was Arrested**

30.  On February 24, 2009, at approximately 5:30 p.m., FBI agents, task force officers, and I, conducted surveillance near the video store located near the corner of Santa Monica Boulevard and Bundy Avenue in Santa Monica, California.  At approximately 5:50 p.m., we observed TRUJILLO inside the video store.  Agents approached TRUJILLO, identified themselves and placed him under

arrest without incident.

31.   After TRUJILLO was arrested, I advised him of his
Miranda rights.   After acknowledging that he understood his
Miranda rights, TRUJILLO waived his rights and agreed to speak to
me without the presence of counsel.   During my interview with
TRUJILLO, I learned the following:

a.   TRUJILLO admitted that he had been chatting with
Lauren for the last couple of weeks and acknowledged that Lauren
had indicated she was 13 years old.

b.   TRUJILLO admitted that in the chats, he had
discussed with Lauren meeting her to have sexual intercourse.

c.   TRUJILLO admitted that the location where he was
arrested was the location where he was supposed to meet Lauren.

d.   TRUJILLO admitted that he went to this location
with the intentions of meeting Lauren and possibly engaging in
sexual intercourse, but claimed he was not sure if Lauren was
actually 13 years old.   He also claimed that he was "role
playing."   Based upon my personal experience on the SAFE Team, as
well as through my discussions with other members of the SAFE
Team, I know that it is common for individuals who have been
arrested for committing crimes against children to tell
interviewing agents that they were roleplaying and did not
believe the person they were chatting with was actually a minor.
I also note that in none of Lauren's conversations with TRUJILLO

was role playing ever mentioned.

       e.    On TRUJILLO'S person, agents found three Lifestyles condoms.  When I asked why TRUJILLO had the condoms on his person, he related that he brought them in case he met somebody and they agreed to have sex.  As set forth above, TRUJILLO told Lauren during his chats that he would use a condom so that she would not get pregnant.

       f.    TRUJILLO acknowledged that he knew that it was illegal to have sex with a minor.

    H.    **Identification of JESUS TRUJILLO**

    32.   For each Instant Message conversation between TRUJILLO and Lauren described above, TRUJILLO used the Yahoo! screen name "andrewjapl."

    33.   On February 23, 2009, I reviewed a facsimile dated February 23, 2009, that had been provided by Yahoo! Inc. regarding the Yahoo! screen name "andrewjapl."  I learned that the Yahoo! subscriber for the screen name "andrewjapl" is JESUS TRUJILLO, Hawthorne, California, 90250.

    34.   On February 23, 2009, I conducted a check of public records, Law Enforcement Report, for JESUS TRUJILLO and found that a person named JESUS A. TRUJILLO, with social security number xxx-xx-7752, had an address of 4076 W. 139th Street, Apartment A, Hawthorne, California, 90250.

    35.   On February 23, 2009, I reviewed a California

Department of Motor Vehicles ("DMV") report which provided the
following information for TRUJILLO:

       a.    JESUS ANDRES TRUJILLO, born in 1981, was issued
California drivers license number B8215163.  The residential
address listed for TRUJILLO was 4076 139th Street, Hawthorne,
California.

       b.    I also reviewed the photograph on file with the
California DMV for JESUS A. TRUJILLO.  The person depicted in the
DMV photograph closely resembled the image sent to Lauren during
the chat session on January 13, 2009.

## V.   CONCLUSION

    36.  Based on the facts set forth herein, and based on my
training, education, experience, and participation in this
investigation, there is probable cause to believe that JESUS
ANDRES TRUJILLO has violated Title 18, United States Code,
Section  2422(b): Attempted Use of Facility of Interstate

//

//

//

//

//

//

31

Commerce  to Induce a Minor to Engage in Criminal Sexual
Activity for Which a Person Could be Charged with a Criminal
Offense.

MARC J. BOTELLO
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me
this 25th day of February, 2009.

HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

32